McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK TRUST, NATIONAL ASSOCIATION AS TRUSTEE OF LSF7 NPL VI,<br><br>                              Plaintiff,<br>v.<br><br>PAUL G. LINDSEY; ELOINA LINDSEY; CHRISTINA MARIA LINDSEY MACIELAS; CHRISTINA MARIA LINDSEY MACIELAS, as trustee of the E.L. Inter Vivos Trust; EDUARDO VELASCO; ELIZANDRA CANCHE; and DOES 1 through 50 inclusive,<br>                              Defendants. | Case No. LA CV14-05032 JAK (RZx)<br><br>**JUDGMENT**<br><br>**JS-6** |
| ELOINA LINDSEY, a female Individual,<br>                              Counterclaimant,<br>v.<br><br>U.S. BANK TRUST, NATIONAL ASSOCIATION AS TRUSTEE OF LSF7 NPL VI,<br>                              Counterclaim-Defendant. | |

IT IS HEREBY ORDERED that that the following documents are cancelled *nunc pro tunc* and deemed void *ab initio*:

1. Grant Deed recorded on November 1, 2011 in the Los Angeles County Recorder's Office as Instrument No. 20111476020;

1

**DEFAULT JUDGMENT BY COURT AFTER ENTRY OF DEFAULT**

2. Grant Deed recorded on June 14, 2012 in the Los Angeles County Recorder's Office as Instrument No. 20120887136;

3. Quitclaim Deed recorded on April 4, 2013 in the Los Angeles County Recorder's Office as Instrument No. 20130505133;

4. "Revocation of Power of Attorney" recorded on April 4, 2013, in the Los Angeles County Recorder's Office as Instrument No. 20130504990; and

5. Request for Notice of Default and Notice of Release of Claims recorded on December 20, 2013, in the Los Angeles County Recorder's Office as Instrument No. 20131793620.

IT IS HEREBY FURTHER ORDERED that U.S. Bank is the sole owner of the Subject Property, commonly known as 10347 Fernglen Ave., Tujunga, CA 91042, effective November 4, 2011 pursuant to the Trustee's Deed Upon Sale recorded in the Los Angeles County Recorder's Office as Instrument No. 20111534963.

**IT IS SO ORDERED.**

Dated: November 5, 2015

By: _____
Hon. John A. Kronstadt
Judge of the United States District Court,
Central District of California